LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 5542724


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>LOUISE RENFRO,<br><br>              Defendant.<br>_____ | )<br>)   CR. NO. S-05-128 LKK<br>)<br>)   ORDER DISMISSING SUPERCEDING<br>)   INDICTMENT AS TO LOUISE<br>)   RENFRO ONLY<br>)<br>)<br>)<br>) |

        Based on the government's motion to dismiss the

indictment against Louise Renfro,

        IT IS HEREBY ORDERED that the above-captioned

superceding indictment be and hereby is dismissed as to Louise

Renfro only.

DATED: May 8, 2009

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT